# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

BEVERLY FLEMING, ET AL. §
§
vs. § Civil Action No. 4:09cv519
§ (Judge Schneider/Judge Mazzant)
DEREK A. NELSON, ET AL. §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On October 23, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Motion and Application for Temporary Restraining Order (Dkt. #9) be **DENIED.**

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Emergency Motion and Application for Temporary Restraining Order (Dkt. #9) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of November, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE